UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDVERITY, INC., | CASE NO. C16-1616JLR |
| Plaintiff, | ORDER |
| v. | |
| JOHN DOES 1-100, | |
| Defendants. | |

Before the court is Plaintiff Brandverity, Inc.'s ex parte motion for an order regarding discovery from non-party Comcast Cable Communications, LLC. (Mot. (Dkt. # 7).) Pursuant to 47 U.S.C. § 551, Brandverity seeks an order authorizing Comcast to produce the name, address, telephone number, email address, IP address, credit card number, and any other identifying information that Comcast possesses for a particular subscriber or subscribers. (*See id.*; Prop. Order (Dkt. # 7-3).)

With certain exceptions, Section 551(c) prohibits cable operators from disclosing "personally identifiable information." 47 U.S.C. § 551(c). One such exception arises

ORDER - 1

when the cable operator discloses personally identifiable information "pursuant to a court order." *Id.* § 551(c)(2)(B). Before issuing such an order, the court must find by "clear and convincing evidence that the subject of the information is reasonably suspected of engaging in criminal activity and that the information sought would be material evidence in the case." *Id.* § 551(h)(1).[1]

Brandverity has provided a declaration that demonstrates by clear and convincing evidence that the subject of the information is reasonably suspected of engaging in an online phishing scheme. (*See* Naffziger Decl. (Dkt. # 5)); 47 U.S.C. § 551(h)(1). However, Brandverity has not shown that all of the information it seeks—especially the subscribers' telephone numbers, email addresses, and credit card numbers—would be material evidence in this case. *See* 47 U.S.C. § 551(h)(2). Accordingly, the court ORDERS Brandverity to SHOW CAUSE no later than January 6, 2017, why the information that it seeks from Comcast would be material evidence. The court DIRECTS the Clerk to renote Brandverity's ex parte motion (Dkt. # 7) for January 6, 2017.

The court also DIRECTS Brandverity to provide Comcast with a copy of this order no later than December 23, 2016.

Dated this 21st day of December, 2016.

JAMES L. ROBART
United States District Judge

---

[1] The court must also afford "the subject of the information . . . the opportunity to appear and contest" the claim. *Id.* § 551(h)(2). If Brandverity demonstrates materiality in response to this order, the court will ensure that before Comcast discloses any information, its subscriber or subscribers have the opportunity to contest the claim.

ORDER - 2