HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDVERITY, INC., a Washington Corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>JOHN DOES, 1-100, individually or as corporations/business entities,<br><br>　　　Defendants. | No. 2:16-cv-1616 JLR<br><br>DECLARATION OF SERVICE |

I declare under penalty of perjury under the laws of the State of Washington that on December 22, 2016, I caused a true and correct copy of the Order to Show Cause (Dkt #8), dated December 21, 2016, and this Declaration of Service to be served upon the following in the manner indicated:

Comcast Legal Response Center
650 Centerton Road
Moorestown, NJ 08057
Tel:  866-947-8572
Fax: 866-947-5587

[ ] E-Service, via the E-Filing System
[ ] Email, by Agreement of the Parties
[X] Fax No. 866-947-5587
[X] First Class U.S. Mail, Postage Prepaid
[ ] Hand Delivery/Legal Messenger
[ ] Federal Express

DATED: December 22, 2016

*s/ Judy Williamson*
Judy Williamson

DECLARATION OF SERVICE- 1

**focal** PLLC
900 1st Avenue S., Suite 203
Seattle, WA 98134
206.529.4827