UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDVERITY, INC.,<br><br>                Plaintiff,<br>v.<br><br>JOHN DOES 1-100,<br><br>                Defendants. | CASE NO. C16-1616JLR<br><br>ORDER TO SHOW CAUSE |

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

ORDER - 1

1 | *Id.* Here, Plaintiff Brandverity, Inc., has failed to identify and serve Defendants John Does 1-100 with a summons and a copy of the complaint within the timeframe provided in Rule 4(m).

Accordingly, the court ORDERS Brandverity to SHOW CAUSE within seven (7) days of the entry of this order why this action should not be dismissed for failure to comply with Rule 4(m). If Brandverity does not timely demonstrate good cause for its failure, the court will dismiss the action without prejudice.

Dated this 28th day of April, 2017.

JAMES L. ROBART
United States District Judge