HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDVERITY, INC., a Washington Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOES, 1-100, individually or as corporations/business entities,<br><br>    Defendants. | No. 2:16-cv-1616 JLR<br><br>[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO NAME AND EFFECTUATE SERVICE ON DEFENDANTS |

Having reviewed BrandVerity, Inc.'s response to the Order to Show Cause why this action should not be dismissed for failure to comply with Rule 4(m), and deeming itself fully advised, the Court find and orders as follows:

1. The Court will take no further action on its Order (Dkt. No. 12) dated April 28, 2017.

2. BrandVerity's request to extend the deadline to name and serve defendants in this action is GRANTED.

3. BrandVerity shall file a return of service no later than 45 days from the date of this Order.

4. If BrandVerity fails to file a return of service within 45 days of the date of this Order, this action will be dismissed without prejudice. *The court will look unfavorably on any future extension request.*

[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO
NAME AND EFFECTUATE SERVICE ON DEFENDANTS - 1

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, WA 98134
206.529.4827

1     DATED this 8th day of May, 2017.

                                                              *[signature]*

                                                  JAMES L. ROBART
                                                  United States District Judge

[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO
NAME AND EFFECTUATE SERVICE ON DEFENDANTS - 2

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, WA 98134
206.529.4827

Presented by:

FOCAL PLLC

*s/ Sean M. McChesney*

Sean M. McChesney, WSBA #36973
Venkat Balasubramani, WSBA #28269
900 1st Avenue S., Suite 203
Seattle, WA 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
venkat@focallaw.com
sean@focallaw.com

Attorneys for BrandVerity, Inc.

[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF TO
NAME AND EFFECTUATE SERVICE ON DEFENDANTS - 3

focal PLLC
900 1st Avenue S., Suite 201
Seattle, WA 98134
206.529.4827