**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| BRANDVERITY, INC., a Washington Corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>MATTHEW PELLETIER, an individual; PURE VIRALITY INC., a Florida corporation; and JOHN DOES, I-100, individually or as corporations/business entities,<br><br>                    Defendants. | No. 2:16-cv-1616 JLR<br><br>**DECLARATION OF SERVICE**<br>Re: Summons and First Amended Complaint |

The undersigned being first duly sworn on oath deposes and says: That I am now, and at all times herein mentioned, a citizen of the United States, a resident of the State of Florida over the age of eighteen years and not the beneficiary or its successor in interest named in the above entitled action and competent to be a witness therein.

That on 6/20/2017 at 7:15 pm, at the address of 9427 Boca Gardens Circle S, Apt D, Boca Raton, FL 33496, I duly served the above described documents in the above entitled action upon: **MATTHEW PELLETIER, an individual,** by personally delivering 1 (one) true and correct copy(s) thereof and leaving the same with:

**Name of person served (if provided):** Matthew Pelletier confirmed residency at the service address and identified themselves as Defendant or Defendant's co-occupant.

**Description:** - Name: Matthew Pelletier - Sex: Male - Ethnicity: Caucasian - Hair: Auburn - Age: 35 Years - Height:6 ft - 1 in - Weight: 190 lbs.

File # 2:16-cv-1616 JLR
FEI # 2041.00005

I declare under penalty of perjury under the laws of the State of Florida that the foregoing is True and Correct:

Dated this __6/22/17__

By: _____
Michael Gonedes
Registration #:          __N/A__
County of Registration: __NA__

For Issues, contact FEI, LLC
(425) 457-7259
ProcessService@feillc.com

File # 2:16-cv-1616 JLR
FEI # 2041.00005