HON. JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRANDVERITY, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW PELLETIER, an individual; PURE VIRALITY INC., a Florida corporation; andJOHN DOES, 1-100, individually or as corporations/business entities,<br><br>Defendants. | No. 2:16-cv-1616 JLR<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST TO EXTEND MATTHEW PELLETIER AND PURE VIRALITY INC.'S TIME TO RESPOND TO FIRST AMENDED COMPLAINT |

Having reviewed the parties' Joint Stipulation and Request to Extend Matthew Pelletier and Pure Virality Inc.'s Time to Respond to Brandverity, Inc.'s First Amended Complaint, and good cause appearing,

IT IS HEREBY ORDERED that Matthew Pelletier and Pure Virality Inc.'s deadline to respond to BrandVerity, Inc.'s First Amended Complaint is extended to and including August 1, 2017.

Dated this 11 day of July 2017

_____
JAMES L. ROBART
United States District Court Judge

PROPOSED ORDER - 1

**focal**PLLC
900 1st Avenue S., Suite 201
Seattle, WA 98134
206.529.4827

1 | Presented by:

2 | FOCAL PLLC

3 |
*s/ Sean M. McChesney*
4 | Sean M. McChesney, WSBA #36973
*s/ Venkat Balasubramani*
5 | Venkat Balasubramani, WSBA #28269
6 | 900 1st Avenue S., Suite 201
Seattle, WA 98134
7 | Tel: (206) 529-4827
Fax: (206) 260-3966
8 | sean@focallaw.com
venkat@focallaw.com
9 |

10 | Attorneys for BrandVerity, Inc.

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27