HON. JAMES L. ROBART

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

| | |
|---|---|
| BRANDVERITY, INC., a Washington Corporation, | No. 2:16-cv-1616 JLR |
| Plaintiff, | NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES AND [PROPOSED] ORDER |
| v. | |
| MATTHEW PELLETIER, an individual; PURE VIRALITY INC., a Florida corporation; and JOHN DOES, 1-100, individually or as corporations/business entities, | |
| Defendants. | |

Plaintiff, Brandverity, Inc., by and through counsel, and Defendant Matthew Pelletier, individually and on behalf of Defendant Pure Virality Inc., notifies the Court pursuant to Local Civil Rule 11(b) that the parties have a reached a settlement in principal. The parties request that the Court stay all case deadlines for thirty (30) days in order to allow the parties to finalize settlement of this matter.

//

//

//

//

//

NOTICE OF SETTLEMENT AND REQUEST TO STAY
DEADLINES - 1

1   DATED: August 1, 2017                      FOCAL PLLC

2                                         By: *s/ Sean M. McChesney*

3                                              Sean M. McChesney, WSBA #36973
                                               *s/ Venkat Balasubramani*

4                                              Venkat Balasubramani, WSBA #28269
                                               900 1st Avenue S., Suite 201

5                                              Seattle, WA 98134
                                               Tel: (206) 529-4827

6                                              Fax: (206) 260-3966

7                                              sean@focallaw.com
                                               venkat@focallaw.com

8
                                               Attorneys for BrandVerity, Inc.

9

10  DATED: August 1, 2017                      By:

11

12

13                                             Matthew Pelletier

14                                             Individually and on behalf of
                                               Pure Virality, Inc.
                                               matthewmrp@yahoo.com

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF SETTLEMENT AND REQUEST TO STAY
DEADLINES - 2

1

<u>ORDER</u>

2     The parties having provided notice of a settlement in principal, and having otherwise so

3 stipulated and agreed, it is ORDERED that all case deadlines are hereby stayed for thirty (30)

4 days, and that the parties shall file a dismissal of this matter or a joint status report by August 31,

5 2017.

6     DATED this ___3d___ day of August, 2017.

7

8

9

10                         JAMES L. ROBART
                        United States District Court Judge

11

12 Presented by:

13 FOCAL PLLC

14

15 *s/ Sean M. McChesney*
Sean M. McChesney, WSBA #36973
*s/ Venkat Balasubramani*

16 Venkat Balasubramani, WSBA #28269
900 1st Avenue S., Suite 201

17 Seattle, WA 98134
Tel: (206) 529-4827

18 Fax: (206) 260-3966

19 sean@focallaw.com
venkat@focallaw.com

20

21 Attorneys for BrandVerity, Inc.

22

23

24

25

26

27

**focal** PLLC
900 1st Avenue S., Suite 201
Seattle, WA 98134
206.529.4827

## CERTIFICATE OF SERVICE

I, Judy Williamson, hereby certify that on August 1, 2017, I caused a true and correct copy of the foregoing NOTICE OF SETTLEMENT AND REQUEST TO STAY DEADLINES to be served on Matthew Pelletier and Pure Virality, Inc. via email pursuant to agreement of the parties at the following addresses:

Matthew Pelletier                    Bryan Yarnell, Esq.
matthewmrp@yahoo.com                 bryan@civillawflorida.com

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: August 1, 2017                    *s/ Judy Williamson*
                                          Judy Williamson

NOTICE OF SETTLEMENT AND REQUEST TO STAY
DEADLINES - 4